In the Matter of the Application of ALEXANDER & REID COMPANY et al., Appellants.

IRVING TRUST COMPANY, as Trustee, et al., Respondents.

In the Matter of the Application of ALEXANDER & REID COMPANY et al.

LIBBY'S HOTEL CORPORATION et al., Appellants; IRVING TRUST COMPANY, as Trustee, et al., Respondents.

(Argued June 3, 1932; decided June 21, 1932.)

**650**

*Charles L. Craig* and *Benjamin Bernstein* for appellants.

*Clarence J. Shearn* for Charles E. Hughes, Jr., as ancillary receiver of American Bond and Mortgage Company, Charles C. Moore, individually and as trustee, and American Mortgage Loan Company, respondents.

*William O. Robertson* for Irving Trust Company, respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.